IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIAN E. LEETCH,

    Defendant.

Case No. 4:17CR3091

Order

Before the Court is the request for transcript of the sentencing hearing held on January 24, 2018.

IT IS ORDERED:

1. The request for transcript, filing [44] is granted.

2. Brian E. Leetch, is advised that the cost of the transcript is $ 80.30. To proceed with this request, payment should be sent to the Clerk of Court. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of the payment, the Clerk of Court is ordered to prepare a transcript of the hearing held on January 24, 2018. A copy of this order should also be mailed to Brian E. Leetch.

DATED: June 19, 2019

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge